**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEVIN IDEL MONCADA-LOPEZ,

Defendant.

Case No. 2:26-mj-00469-EJY

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, October 13, 2026, at 1:00 p.m. be vacated and continued to Tuesday, January 26, 2027 at the hour of 1:00 p.m.

DATED this 1st of October 2026.

UNITED STATES MAGISTRATE JUDGE